

1  DANIEL G. BOGDEN
   United States Attorney
2  NANCY J. KOPPE
   Assistant United States Attorney
3  333 Las Vegas Blvd South, Suite 5000
   Las Vegas, Nevada 89101
4  (702) 388-6336

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL INDICTMENT |
| PLAINTIFF, | 2:11-cr-199 |
| VS. | VIOLATIONS: |
| SHAWNY ANDREWS and ERIKA GUYTON, | 18 U.S.C. 2423(a) - Transportation of Minor for Prostitution |
| DEFENDANTS. | 18 U.S.C. 1591 - Sex Trafficking of Children |
| | 18 U.S.C. 2 - Aiding and Abetting. |

**THE GRAND JURY CHARGES THAT:**

**COUNT ONE**
Transportation of Minor for Prostitution

On or about March 25, 2011, in the State and Federal District of Nevada and elsewhere,

**SHAWNY ANDREWS and
ERIKA GUYTON,**

defendants herein, knowingly transported an individual, that is, "S," a minor, who was at that time under the age of 18 years, in interstate commerce from California, to Las Vegas, Nevada, with intent that such individual engage in prostitution and sexual activity for which

any person can be charged with a criminal offense, all in violation of Title 18, United States Code, Sections 2423(a) and 2.

## COUNT TWO
Transportation of Minor for Prostitution

On or about March 25, 2011, in the State and Federal District of Nevada and elsewhere,

**SHAWNY ANDREWS and
ERIKA GUYTON,**

defendants herein, knowingly transported an individual, that is, "A," a minor, who was at that time under the age of 18 years, in interstate commerce from California, to Las Vegas, Nevada, with intent that such individual engage in prostitution and sexual activity for which any person can be charged with a criminal offense, all in violation of Title 18, United States Code, Sections 2423(a) and 2.

## COUNT THREE
Transportation of Minor for Prostitution

In or about March 2011 or April 2011, in the State and Federal District of Nevada and elsewhere,

**SHAWNY ANDREWS and
ERIKA GUYTON,**

defendants herein, knowingly transported an individual, that is, "S," a minor, who was at that time under the age of 18 years, in interstate commerce from Las Vegas, Nevada, to California, with intent that such individual engage in prostitution and sexual activity for which any person can be charged with a criminal offense, all in violation of Title 18, United States Code, Sections 2423(a) and 2.

. . . .

. . . .

## COUNT FOUR
Transportation of Minor for Prostitution

In or about March 2011 or April 2011, in the State and Federal District of Nevada and elsewhere,

**SHAWNY ANDREWS and
ERIKA GUYTON,**

defendants herein, knowingly transported an individual, that is, "A," a minor, who was at that time under the age of 18 years, in interstate commerce from Las Vegas, Nevada, to California, with intent that such individual engage in prostitution and sexual activity for which any person can be charged with a criminal offense, all in violation of Title 18, United States Code, Sections 2423(a) and 2.

## COUNT FIVE
Transportation of Minor for Prostitution

In or about April 2011, in the State and Federal District of Nevada and elsewhere,

**SHAWNY ANDREWS and
ERIKA GUYTON,**

defendants herein, knowingly transported an individual, that is, "S," a minor, who was at that time under the age of 18 years, in interstate commerce from California to Las Vegas, Nevada, with intent that such individual engage in prostitution and sexual activity for which any person can be charged with a criminal offense, all in violation of Title 18, United States Code, Sections 2423(a) and 2.

## COUNT SIX
Transportation of Minor for Prostitution

In or about April 2011, in the State and Federal District of Nevada and elsewhere,

**SHAWNY ANDREWS and
ERIKA GUYTON,**

defendants herein, knowingly transported an individual, that is, "A," a minor, who was at that time under the age of 18 years, in interstate commerce from to California to Las Vegas, Nevada, with intent that such individual engage in prostitution and sexual activity for which any person can be charged with a criminal offense, all in violation of Title 18, United States Code, Sections 2423(a) and 2.

## COUNT SEVEN
Transportation of Minor for Prostitution

In or about April 2011, in the State and Federal District of Nevada and elsewhere,

**SHAWNY ANDREWS and
ERIKA GUYTON,**

defendants herein, knowingly transported an individual, that is, "S," a minor, who was at that time under the age of 18 years, in interstate commerce from California to Las Vegas, Nevada, with intent that such individual engage in prostitution and sexual activity for which any person can be charged with a criminal offense, all in violation of Title 18, United States Code, Sections 2423(a) and 2.

## COUNT EIGHT
Sex Trafficking of Children

Between on or about March 25, 2011, through in or about April 2011, in the State and Federal District of Nevada and elsewhere,

**SHAWNY ANDREWS and
ERIKA GUYTON,**
defendants herein, did knowingly, in and affecting interstate commerce, recruit, entice, harbor, transport, provide, obtain, and maintain by any means, in and affecting interstate

. . .

commerce, "S," a minor, knowing that said person would be caused to engage in commercial sex acts, all in violation of Title 18, United States Code, Sections 1591(a)(1) and 2.

## COUNT NINE
Sex Trafficking of Children

Between on or about March 25, 2011, through on or about April 5, 2011, in the State and Federal District of Nevada and elsewhere,

**SHAWNY ANDREWS and
ERIKA GUYTON,**

defendants herein, did knowingly, in and affecting interstate commerce, recruit, entice, harbor, transport, provide, obtain, and maintain by any means, in and affecting interstate commerce, "A," a minor, knowing that said person would be caused to engage in commercial sex acts, all in violation of Title 18, United States Code, Sections 1591(a)(1) and 2.

**DATED**: this ___ day of May, 2011.

**A TRUE BILL:**

/S/
FOREPERSON OF THE GRAND JURY

DANIEL G. BOGDEN
United States Attorney

NANCY J. KOPPE
Assistant United States Attorney

5